UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIN VUONG, | ) CASE NO. SD CV 08-0462-JHN (PJW) |
| Plaintiff, | ) |
| | ) J U D G M E N T |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the case is remanded for further proceedings consistent with the Report and Recommendation of the United States Magistrate Judge adopted by the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge filed this day.

DATED: June 18, 2010 .

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE